IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE GRAND JURY SUBPOENA<br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>SUSAN H. McDOUGAL,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:98cr0082-GH |

ORDER

Susan H. McDougal has filed a motion to lift the seal on the record in this case [doc.#137]. McDougal notes that this case grew out of the "Whitewater" investigation during the Clinton presidency and that she was held in civil contempt upon application of the Office of Independent Counsel ("OIC") for refusing to testify before a federal grand jury under an appropriate grant of use immunity.  *See In re Grand Jury Subpoena*, 97 F.3d 1090 (8th Cir. 1996). McDougal sought a fully public hearing on OIC's application to hold her in civil contempt. This Court, however, consistent with Fed.R.Crim.P. 6(e), ruled that any testimony or argument that would disclose the substance of the secret grand jury proceedings must be submitted *in camera*, but that the remainder of the hearing would be conducted in open court. *See id*. at 1094. McDougal apparently now seeks the "testimony or argument" that was submitted *in camera*, but the Eighth Circuit held this Court did not abuse its discretion in adopting the above approach. *Id.* at 1095. Nevertheless, given the history and nature of the proceedings, this Court determines that recusal is the appropriate course of action. Accordingly,

the undersigned hereby recuses from this case.

        IT IS SO ORDERED this 19th day of February 2008.

                              <u>/s/Susan Webber Wright</u>

                              UNITED STATES DISTRICT JUDGE